JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINH TRUONG, | Case No. 8:22-cv-02068 JWH (JDEx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and MAZDA SHORT TERM DISABILITY BENEFITS PLAN, | Judge: Hon. John W. Holcomb |
| Defendants. | |

1  Based upon the stipulation of the parties and for good cause shown, pursuant
2  to Rule 41(a)(2) of the Federal Rules of Civil Procedure it is hereby **ORDERED** as
3  follows:
4      1.    This action, Case No. 8:22-cv-02068 JWH (JDEx), is **DISMISSED** in
5  its entirety as to all defendants **with prejudice**.
6      2.    All dates set in this matter are hereby **VACATED** and taken off
7  calendar.
8      3.    Each party shall bear its own attorneys' fees and costs in this matter.
9  **IT IS SO ORDERED.**

11  Dated: _____August 2_____, 2023

                                  Hon. John W. Holcomb
                                  UNITED STATES DISTRICT JUDGE

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**
180328.1

2

Case No. 8:22-cv-02068 JWH (JDEx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE